UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

   v.                            CASE NO. 2:07-CR-57

INTERNATIONAL OUTSOURCING SERVICES, LLC,
    a/k/a "IOS,"
THOMAS C. BALSIGER,
BRUCE A. FURR,
STEVEN A. FURR,
LANCE A. FURR,
WILLIAM L. BABLER,
OVIDIO H. ENRIQUEZ,
DAVID J. HOWARD,
JAMES C. CURREY,
HOWARD R. MCKAY,
DAXESH V. PATEL, and
BHARATKUMAR K. PATEL,

      Defendants.

### REQUEST BY DEFENDANT WILLIAM L. BABLER
### TO PERMANENTLY RELOCATE

Comes now the defendant, William L. Babler, by counsel, and respectfully request permission of the Court to reside at 5025 North First Avenue, Apartment No. 417, Tucson, Arizona, 85718, and to work at 3332 North Oracle, Tucson, Arizona, 85705.

This notification is necessary as Mr. Babler had gone out to Arizona to begin a business. The business, then, has been purchase he desires to make permanent residence in Tucson, Arizona.

Previously, Mr. Babler has gained permission from his Pretrial Release Officer to visit

1

Arizona for business. Mr. Babler desires to live and work there permanently and understands his continued obligation to this Court's reporting requirement.

Respectfully submitted,

S/ James H. Voyles
JAMES H. VOYLES #631-49

S/ Jennifer M. Lukemeyer
JENNIFER M. LUKEMEYER #17-908-49

VOYLES, ZAHN, PAUL,
141 East Washington Street
Suite 300
Indianapolis, Indiana 46204
(317) 632-4463

Attorneys for William Babler

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel of record, on this 8th of February, 2012:

Stephen A. Ingraham
Assistant United States Attorney
517 E. Wisconsin Avenue, Room 530
Milwaukee, WI 53202

S/ James H. Voyles
JAMES H. VOYLES #631-49

JAMES H. VOYLES #631-49
JENNIFER M. LUKEMEYER #17-908-49
VOYLES ZAHN PAUL, P.A.
141 East Washington Street
Suite 300
Indianapolis, Indiana 46204
(317) 632-4463