UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILIAM L. BABLER,

    Defendant.

Case No. 07-CR-57 (CNC)

[18 U.S.C. § 4]

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

Beginning by October 2005, and continuing through October 2007, in the Eastern District of Wisconsin, the Southern District of Indiana and elsewhere,

**WILLIAM L. BABLER**

in his capacity as the Chief Financial Officer of International Outsourcing Services (IOS), and having knowledge of the actual commission of felonies cognizable by a court of the United States, namely: conspiracy to commit wire fraud and conspiracy to obstruct justice in violation of Title 18, United States Code, Sections 371, 1343, and 1503(a), concealed the same by providing and attempting to provide false information regarding IOS's accounting practices to IOS's outside auditors and others, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

In violation of Title 18, United States Code, Section 4.

_____ FOR    3-20-12
GREGORY J. HAANSTAD              Date
Attorney for the United States
Acting Under Authority Conferred by
28 U.S.C. § 515